

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. PD-0458-10 & PD-0459-10

**LYNN TAYLOR, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE SEVENTH COURT OF APPEALS
### POTTER COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of possession of cocaine and unlawful possession of a firearm and was sentenced to confinement for twenty-five years and twelve years, respectively. The Court of Appeals affirmed the conviction. *Taylor v. State*, (Tex. App. — Amarillo, Nos. 07-08-00205-CR & 07-08-00206-CR, delivered March 22, 2010). Appellant's petition for discretionary review was dismissed as untimely filed on August

25, 2010.  Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed on August 23, 2010, is reinstated as of October 13, 2010 and will be considered in accord with Tex.R.App.P. 68.


Delivered October 13, 2010
Do not publish